# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stranch, Jane B. | Sixth Circuit Court of Appeals | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

701 Broadway, Room 330
Nashville, TN 37203

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Branstetter & Stranch |
| 2. | Partner | Branstetter ▓ Partners |
| 3. | Trustee | Trust #2 |
| 4. | Co-Trustee | Trust #3 |
| 5. | Trustee | Trust #4 |
| 6. | Trustee | Trust #5 |
| 7. | Trustee | Trust #6 |
| 8. | Trustee | Trust #7 |
| 9. | Co-Executor | Estate #1 |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 12/26/68 | Branstetter, Stranch & Jennings, PLLC Profit Sharing Plan with former law firm, no control |
| 2. 2010 | Branstetter, Stranch & Jennings law firm, payment of value of interest in fees to be collected at the end of litigation for work done before leaving the firm |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Stranch, Jane B.** | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | L | T | | | | | |
| 2. Capstar Bank Account | A | Interest | L | T | | | | | |
| 3. UBS Financial Services, Inc. Accounts (H) | | | | | | | | | |
| 4. - UBS Bank USA Deposit Account | A | Interest | M | T | | | | | |
| 5. - American Funds Capital Income Builder Fund | D | Dividend | M | T | | | | | |
| 6. - Virtus Emerging Mkts Opportunities Fund | A | Dividend | K | T | | | | | |
| 7. - Virtus Premium Alpha Sector Fund A | C | Dividend | M | T | | | | | |
| 8. - Virtus Multi-Sector Short-Term Bond | B | Dividend | K | T | | | | | |
| 9. - ISHARES Silver Trust | | None | J | T | | | | | |
| 10. - SPDR Gold Trust | | None | J | T | | | | | |
| 11. - IRA #1 | A | Interest | J | T | | | | | |
| 12. - IRA #2 | A | Interest | J | T | | | | | |
| 13. - Telecom Argentina Stock | A | Dividend | J | T | | | | | |
| 14. - Scolar Pharma, Inc. Stock | | None | J | T | | | | | |
| 15. Piedmont Natural Gas Stock | A | Dividend | J | T | | | | | |
| 16. Capstar Bank Stock | | None | L | U | | | | | |
| 17. Rental Property, Nashville, TN (1993-$395,000) | G | Rent | | | Sold | 11/19/14 | O | G | Scott Chambers |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS Financial Services, Inc. Pension Plan #1 | | None | P1 | T | | | | | |
| 19. John Hancock USA Pension Plan #2 (H) | | | | | | | | | |
| 20. - Oppenheimer Developing Mkt | | None | K | T | | | | | |
| 21. - T. Roe Price Health Sci | | None | K | T | | | | | |
| 22. - Legg Mason Clear Br Agg. Growth | | None | K | T | | | | | |
| 23. - Energy (Vanguard) | | None | J | T | | | | | |
| 24. - Intl Small Cap Fund | | None | J | T | | | | | |
| 25. - EuroPacific Growth Fund | | None | J | T | | | | | |
| 26. - Davis New York Venture | | None | K | T | | | | | |
| 27. - Real Est. Securities Fund | | None | K | T | | | | | |
| 28. - Capital Appreciation Fund | | None | K | T | | | | | |
| 29. - John Hancock Disciplined Value | | None | J | T | | | | | |
| 30. UBS Financial Services, Inc. Pension Plan #3 | | None | P1 | T | | | | | |
| 31. John Hancock USA Pension Plan #4 (H) | | | | | | | | | |
| 32. - Lifestyle Aggressive | | None | L | T | | | | | |
| 33. - Oppenheimer Developing Mkt | | None | K | T | | | | | |
| 34. - T. Roe Price Health Sci | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Legg Mason Clear Br Agg. Growth | | None | K | T | | | | | |
| 36. - Energy (Vanguard) | | None | J | T | | | | | |
| 37. - Intl Small Cap Fund | | None | K | T | | | | | |
| 38. - EuroPacific Growth Fund | | None | K | T | | | | | |
| 39. - Davis New York Venture | | None | J | T | | | | | |
| 40. - Capital Appreciation Fund | | None | K | T | | | | | |
| 41. - John Hancock Disciplined Value | | None | J | T | | | | | |
| 42. Memphis Partners | B | Dividend | K | T | | | | | |
| 43. Branstetter███ Partners (H) | | | | | | | | | |
| 44. - Bank of Nashville Accounts | A | Interest | N | T | | | | | |
| 45. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | P1 | Q | | | | | |
| 46. Trust #2, real property Nashville, TN (2005-8, $282,000) | | None | N | R | | | | | |
| 47. Trust #3 (H) | | | | | | | | | |
| 48. - UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 49. - American Funds Capital Income Builder Fund | E | Dividend | O | T | | | | | |
| 50. - Virtus Premium Alpha Sector A Fund | D | Dividend | O | T | | | | | |
| 51. - Virtus Dynamic Alpha Sector (SM) Fund | C | Dividend | M | T | Buy | 01/16/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Virtus Emerging Markets Opportunities Fund | A | Dividend | L | T | | | | | |
| 53. Trust #4 (H) | | | | | | | | | |
| 54. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 55. Trust #5 (H) | | | | | | | | | |
| 56. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 57. Trust #6 (H) | | | | | | | | | |
| 58. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 59. Trust #7 (H) | | | | | | | | | |
| 60. - Investment Property, Nashville, TN (Appraisal 4/09) | | None | K | Q | | | | | |
| 61. Northwestern Mutual: Whole Life Policy | B | Dividend | L | T | | | | | |
| 62. Pinnacle Bank Accounts | A | Interest | N | T | | | | | |
| 63. Estate #1 (H) | | | | | | | | | |
| 64. Pinnacle Bank Account | A | Interest | K | T | | | | | |
| 65. - UBS Bank USA Bus. Acct. | A | Interest | M | T | | | | | |
| 66. - Virtus Premium Alpha Sector Fund A | B | Dividend | M | T | | | | | |
| 67. - General Mtrs. Accep. Corp. Bond | B | Interest | L | T | | | | | |
| 68. - BCM 1999-B A5 SER 1999-B CL A-5 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - OAK SER 2001-C CL A-4 | A | Interest | J | T | | | | | |
| 70. - Structure Asset Securities Co. SER 2004-GEL3 CL B | B | Interest | J | T | | | | | |
| 71. - FHR 3034 SE | A | Interest | J | T | | | | | |
| 72. - Met Govt Nashville&David SR A RV BE/R/ | A | Interest | J | T | | | | | |
| 73. - Memphis Tenn ASSUR BE/R/ | A | Interest | L | T | | | | | |
| 74. - Shelby Co TN Hlth Ed&HSG CRSOVR RV MLTFM C B/E/R/ | | None | J | T | | | | | |
| 75. - Met Govt Nashville&David SR A RV BE/R/ | B | Interest | K | T | | | | | |
| 76. - Blackrock Muniassets Fund Inc | D | Dividend | N | T | | | | | |
| 77. - Nuveen Invt Quality Muni Fund Inc | C | Dividend | M | T | | | | | |
| 78. - Ivy Limited Term Bond Fund | B | Dividend | O | T | | | | | |
| 79. - Lord Abbett Short Duration Income Fund Class A | D | Dividend | O | T | | | | | |
| 80. - Oppenheimer Rochester High Yield Municipal Fund Class A | C | Dividend | M | T | | | | | |
| 81. - Virtus Multi-Sector Short Term Bond Fund Class A | C | Dividend | O | T | | | | | |
| 82. - Virtus Dynamic Alpha Sector(SM) Fund | B | Dividend | L | T | | | | | |
| 83. - First Eagle Global Fund Class A | B | Dividend | M | T | | | | | |
| 84. - FT-Franklin Income C | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stranch, Jane B. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

All Part VII, references by line listed below:

1. Line 46 on this report, Trust #2 contains gifts of percentage ownership in real property given over time from 2005 to 2008. The value as deeded is as follows:
   2005 - $66,000
   2006 - $72,000
   2007 - $72,000
   2008 - $72,000
          Total   $282,000

2. Line 62 on this report, marked Pinnacle Bank Accounts, is for accounts established near the end of 2014.

3. Line 63 on this report, marked Estate #1, is an Estate account created pursuant to Letters Testamentary issued 7/3/14.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane B. Stranch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544